Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–15118–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Cono Charles Cirone | Patricia Catherine Cirone |
| 133 Brigantine Road | 133 Brigantine Road |
| Manahawkin, NJ 08050 | Manahawkin, NJ 08050 |

Social Security No.:
  xxx–xx–8201                                              xxx–xx–0431

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/16/18 and a confirmation hearing on such Plan has been scheduled for 6/13/18.

The debtor filed a Modified Plan on 5/31/18 and a confirmation hearing on the Modified Plan is scheduled for 6/27/18. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 1, 2018
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-15118-KCF
Cono Charles Cirone                                                       Chapter 13
Patricia Catherine Cirone
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Jun 01, 2018
                               Form ID: 186             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
```
db/jdb         +Cono Charles Cirone,    Patricia Catherine Cirone,    133 Brigantine Road,
                 Manahawkin, NJ 08050-1307
cr             +American Honda Finance Corporation, administrator,    P.O. Box 168088,   Irving, TX 75016-8088
517390065      +Advance Radiology Solutions,    c/o Michael Harrison,    3155 State Route 10,    Suite 214,
                 Denville, NJ 07834-3430
517390071      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
517390075      +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 St. Louis, MO 63179-0040
517390077      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
517390078      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517390079      +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
517463358      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517553351      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517390082      +Jersey Shore Anesthesiology,    PO Box 307,    Neptune, NJ 07754-0307
517390084      +Meridian Medical Group Specialty,    PO box 416923,    Boston, MA 02241-6923
517390090      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517390091      +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,   Atlanta, GA 30356-0424
517390092      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
517484828       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517390093       Wffnatbank,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2018 00:26:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2018 00:26:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517390066       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 02 2018 00:26:55     American Honda Finance,
                 Po Box 168088,   Irving, TX 75016
517408000       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 02 2018 00:26:55
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
517390070      +E-mail/Text: kzoepfel@credit-control.com Jun 02 2018 00:26:44     Central Loan Admin & R,
                 425 Phillips Blvd,   Ewing, NJ 08618-1430
517390079      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 02 2018 00:26:21
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
517404064       E-mail/Text: mrdiscen@discover.com Jun 02 2018 00:25:41     Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany, OH  43054-3025
517390080      +E-mail/Text: mrdiscen@discover.com Jun 02 2018 00:25:41     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517390083      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2018 00:31:58     LVNV Funding LLC,
                 PO box 740281,   Houston, TX 77274-0281
517545400       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2018 00:32:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
517475133       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2018 00:48:59
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com,    POB 41067,   Norfolk VA 23541
517531497       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2018 00:30:50
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
517531472       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2018 00:30:50
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
517520071       E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2018 00:26:32
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,   Kirkland, WA  98083-0788
517522939       E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2018 00:26:32
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
517390085      +E-mail/Text: bankruptcy@savit.com Jun 02 2018 00:27:50     Savit Coll,   Po Box 250,
                 East Brunswick, NJ 08816-0250
517390086      +E-mail/Text: SOMCbankruptcy@hackensackmeridian.org Jun 02 2018 00:27:33
                 Southern Ocean Medical Center,    1140 Rt. 72 West,    Manahawkin, NJ 08050-2412
517393588      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:31:16     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517390088      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:30:50     Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
517390089      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:31:17     Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
517553017      +E-mail/Text: bncmail@w-legal.com Jun 02 2018 00:26:56     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0312-3           User: admin              Page 2 of 2                  Date Rcvd: Jun 01, 2018
                               Form ID: 186             Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517527268        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 02 2018 00:37:35      Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517390069          Cap1/bstby
517390081*       ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                  (address filed with court:  Honda Financial Services,    PO Box 65507,   Wilmington, DE 19808)
517390067*       ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                  (address filed with court:  American Honda Finance,    Po Box 168088,   Irving, TX 75016)
517390072*        +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
517390073*        +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
517390074*        +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
517390076*        +Citibank,   Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                   St. Louis, MO 63179-0040
517390087*        +Southern Ocean Medical Center,    1140 Rt. 72 West,    Manahawkin, NJ 08050-2412
517390068       ##+Bank Of America,    Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                    TOTALS: 1, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              David A. Semanchik    on behalf of Debtor Cono Charles Cirone info@semanchiklaw.com
              David A. Semanchik    on behalf of Joint Debtor Patricia Catherine Cirone info@semanchiklaw.com
              John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor   HomeBridge Financial Services Inc.
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```