UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46374
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorneys for American Honda Finance Corporation, administrator for Honda Lease Trust

In Re:

CONO CHARLES CIRONE

PATRICIA CATHERINE CIRONE



**Order Filed on July 16, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 18-15118

Adv. No.:

Hearing Date: 7-11-18

Judge: Hon. Kathryn C. Ferguson

# ORDER REIMPOSING AUTOMATIC STAY AND PROVIDING FOR STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 16, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Cono and Patricia Cirone
18-15118(KCF)
**Order Reimposing Automatic Stay and Providing for Stay Relief under Certain Circumstances**
Page 2

This matter having been brought on before this Court on motion to reinstate the automatic stay filed by David Semanchik, , Esq, attorney for the debtors, and this order having been filed with the Court under the 7 day rule and served upon the debtors and their attorney by John R. Morton, Jr., Esq. attorney for American Honda Finance Corporation, administrator for Honda Lease Trust, with no objections having been made to the order, and for good cause shown;

IT IS ORDERED:

1. That American Honda Finance Corporation is the administrator for Honda Lease Trust, the owner and lessor of a 2018 Honda Odyssey bearing vehicle identification number 5FNRL6H72JB013726 (hereinafter the"vehicle"), which vehicle is leased by the debtors.

2. As a result of the entry of this order, the debtors have assumed the lease.

3. The automatic stay is reimposed as to American Honda Finance Corporation, subject to the remaining terms of this order.

4. The debtors shall make all lease payments when they fall due (being the 27th day of each month. If the debtors fail to make lease payment for a period of 30 days after it falls due, American Honda Finance Corporation shall receive immediate stay relief to repossess and sell the vehicle without any application to this Court or notice to the debtors or their attorney.

5. The debtors shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, American Honda Finance Corporation shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and her attorney.

6. At the end of the lease, if the debtors have not immediately purchased the vehicle in accordance with the lease end purchase option, American Honda Finance Corporation shall receive immediate stay relief to repossess and sell the vehicle without any application to this Court or notice to the debtors or their attorney.

7. The debtors shall pay to American Honda Finance Corporation through the plan, a counsel fee of $531, which shall be paid by the trustee as an administrative priority expense.