UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46374
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorneys for American Honda Finance Corporation, administrator for Honda Lease Trust

In Re:

CONO CHARLES CIRONE

PATRICIA CATHERINE CIRONE



**Order Filed on July 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-15118

Adv. No.:

Hearing Date: 7-11-18

Judge: Hon. Kathryn C. Ferguson

# ORDER REIMPOSING AUTOMATIC STAY AND PROVIDING FOR STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 16, 2018**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case 18-15118-KCF    Doc 38    Filed 07/18/18    Entered 07/19/18 00:42:09    Desc Imaged
                                  Certificate of Notice    Page 1 of 4

Cono and Patricia Cirone
18-15118(KCF)
**Order Reimposing Automatic Stay and Providing for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion to reinstate the automatic stay filed by David Semanchik, , Esq, attorney for the debtors, and this order having been filed with the Court under the 7 day rule and served upon the debtors and their attorney by John R. Morton, Jr., Esq. attorney for American Honda Finance Corporation, administrator for Honda Lease Trust, with no objections having been made to the order, and for good cause shown;

IT IS ORDERED:

1. That American Honda Finance Corporation is the administrator for Honda Lease Trust, the owner and lessor of a 2018 Honda Odyssey bearing vehicle identification number 5FNRL6H72JB013726 (hereinafter the"vehicle"), which vehicle is leased by the debtors.

2. As a result of the entry of this order, the debtors have assumed the lease.

3. The automatic stay is reimposed as to American Honda Finance Corporation, subject to the remaining terms of this order.

4. The debtors shall make all lease payments when they fall due (being the 27th day of each month. If the debtors fail to make lease payment for a period of 30 days after it falls due, American Honda Finance Corporation shall receive immediate stay relief to repossess and sell the vehicle without any application to this Court or notice to the debtors or their attorney.

5. The debtors shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, American Honda Finance Corporation shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and her attorney.

6. At the end of the lease, if the debtors have not immediately purchased the vehicle in accordance with the lease end purchase option, American Honda Finance Corporation shall receive immediate stay relief to repossess and sell the vehicle without any application to this Court or notice to the debtors or their attorney.

7. The debtors shall pay to American Honda Finance Corporation through the plan, a counsel fee of $531, which shall be paid by the trustee as an administrative priority expense.

Case 18-15118-KCF    Doc 38    Filed 07/18/18    Entered 07/19/18 00:42:09    Desc Imaged
Certificate of Notice    Page 3 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-15118-KCF
Cono Charles Cirone                                                      Chapter 13
Patricia Catherine Cirone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 16, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db/jdb         +Cono Charles Cirone,    Patricia Catherine Cirone,    133 Brigantine Road,
                Manahawkin, NJ 08050-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              David A. Semanchik    on behalf of Debtor Cono Charles Cirone info@semanchiklaw.com
              David A. Semanchik    on behalf of Joint Debtor Patricia Catherine Cirone info@semanchiklaw.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,     mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services Inc.
               kmcdonald@kmllawgroup.com,     bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6