| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-15118 / KCF**

Cono Charles Cirone
Patricia Catherine Cirone

Petition Filed Date: 03/16/2018
341 Hearing Date: 05/03/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2018 | $350.00 | 48189200 | 05/07/2018 | $350.00 | 48930300 | 06/08/2018 | $350.00 | 49784080 |
| 07/09/2018 | $350.00 | 50531150 | 08/13/2018 | $360.00 | 51456200 | 09/17/2018 | $360.00 | 52350760 |
| 10/22/2018 | $360.00 | 53248790 | 11/19/2018 | $350.00 | 53988880 | 12/18/2018 | $350.00 | 54727230 |

**Total Receipts for the Period: $3,180.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,180.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Cono Charles Cirone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DAVID A SEMANCHIK ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $1,475.00 | $1,475.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $890.42 | $0.00 | $890.42 |
| 2 | AMERICAN HONDA FINANCE<br>»» 2018 HONDA ODYSSEY/LEASE ASSUMED (MP) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN HONDA FINANCE<br>»» 2017 HONDA ACCORD/DEF BAL | Unsecured Creditors | $7,208.17 | $0.00 | $7,208.17 |
| 4 | DEPARTMENT STORES NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $588.71 | $0.00 | $588.71 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON | Unsecured Creditors | $647.43 | $0.00 | $647.43 |
| 6 | Wells Fargo Bank, NA<br>»» VALUE CITY | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 7 | Wells Fargo Bank, NA<br>»» VALUE CITY | Unsecured Creditors | $248.50 | $0.00 | $248.50 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» VS | Unsecured Creditors | $757.35 | $0.00 | $757.35 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OLD NAVY | Unsecured Creditors | $1,962.76 | $0.00 | $1,962.76 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $1,657.43 | $0.00 | $1,657.43 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THD | Unsecured Creditors | $6,189.21 | $0.00 | $6,189.21 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $751.42 | $0.00 | $751.42 |
| 13 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,509.38 | $0.00 | $3,509.38 |

| | | | | | |
|---|---|---|---:|---:|---:|
| 14 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $2,615.35 | $0.00 | $2,615.35 |
| 15 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $2,426.67 | $0.00 | $2,426.67 |
| 16 | TD BANK USA NA | Unsecured Creditors | $1,381.20 | $0.00 | $1,381.20 |
| 17 | HOMEBRIDGE FINANCIAL SERVICES, INC.<br>»» P/133 BRIGANTINE RD/1ST MTG | Mortgage Arrears | $14,182.42 | $636.50 | $13,545.92 |
| 18 | AMERICAN HONDA FINANCE<br>»» 2018 ODYSSEY/ORDER 7/16/18 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 19 | AMERICAN HONDA FINANCE<br>»» HONDA ACCORD | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,180.00 | Plan Balance: | $15,380.00 ** |
| Paid to Claims: | $2,642.50 | Current Monthly Payment: | $350.00 |
| Paid to Trustee: | $212.00 | Arrearages: | $320.00 |
| Funds on Hand: | $325.50 | Total Plan Base: | $18,560.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**