| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
HomeBridge Financial Services, Inc.

In Re:
    Cirone, Patricia Catherine Cirone, Cono Charles

Order Filed on June 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    18-15118 KCF

Chapter: 13

Hearing Date: 06/12/2019
Judge: Kathryn C. Ferguson

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>HomeBridge Financial Services, Inc.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot , Block ,   133 Brigantine Road, Manahawkin NJ 08050**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-15118-KCF
Cono Charles Cirone                                                       Chapter 13
Patricia Catherine Cirone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 18, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
db/jdb         +Cono Charles Cirone,   Patricia Catherine Cirone,   133 Brigantine Road,
                Manahawkin, NJ 08050-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              David A. Semanchik    on behalf of Debtor Cono Charles Cirone info@semanchiklaw.com
              David A. Semanchik    on behalf of Joint Debtor Patricia Catherine Cirone info@semanchiklaw.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services Inc.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7