UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Homebridge Financial Services, Inc.

In Re:

Cono Cirone, & Patrica Cirone,

Debtors.

Case No.:      18-15118-MBK

Chapter:      13

Hearing Date:      9/25/2019

Judge:      Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Debtor's Motion to Reinstate Stay (Docket # 49)

_____

Date: 09/25/2019                                /s/ Denise Carlon
                                                Signature

*rev.8/1/15*