**DAVID A. SEMANCHIK, ESQ.**
**1130 Hooper Avenue**
**Toms River, New Jersey  08753**
**(732) 240-4055**
**Attorney for Debtors**
**Attorney ID# 03356-1990**

|  |  |
|---|---|
|  | : UNITED STATES BANKRUPTCY COURT |
| IN RE: | : FOR THE DISTRICT OF NEW JERSEY |
|  | : |
| CONO CHARLES CIRONE | : CHAPTER 13 BANKRUPTCY |
| PATRICIA CATHERINE | : |
| CIRONE | : CASE NO.:  18-15118-KCF |
|  | : |
| Debtors | : **CERTIFICATION IN OPPOSTION OF** |
|  | : **TRUSTEES MOTION TO DISMISS CHAPTER 13** |

I, DAVID A. SEMANCHIK, ESQ., of full age, do hereby certify as follows:

1.  I am DAVID A. SEMANCHIK, Attorney of Law, State of New Jersey, I am charged with the prosecution of the above referenced matter.

2.  I filed a Motion to Reimpose the Stay as to HomeBridge Financial Services, Inc., creditor.

3.  There was initially an objection from the creditor HomeBridge.  However, the objection has been resolved and I anticipate filing an Order in conjunction with counsel for creditor HomeBridge.

4. I certify that the foregoing statements made by us are true.  We are aware that if any of the foregoing statements made by us are willfully false, we are subject to punishment.


DATED:  October 10, 2019                    /s/ David A. Semanchik
                                                        DAVID A. SEMANCHIK, ESQ.

1