| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-15118 / MBK**

| | |
|---|---|
| Cono Charles Cirone | Petition Filed Date: 03/16/2018 |
| Patricia Catherine Cirone | 341 Hearing Date: 05/03/2018 |
| | Confirmation Date: 09/12/2018 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $350.00 | 55558580 | 02/19/2019 | $350.00 | 56267600 | 03/18/2019 | $350.00 | 57091070 |
| 04/25/2019 | $350.00 | 57976480 | 05/20/2019 | $350.00 | 58717020 | 06/24/2019 | $350.00 | 59565420 |
| 07/22/2019 | $350.00 | 60285850 | 08/14/2019 | $350.00 | 60938940 | 09/09/2019 | $350.00 | 61528250 |
| 10/07/2019 | $350.00 | 62295270 | 11/15/2019 | $350.00 | 63310940 | 12/18/2019 | $350.00 | 64141810 |

**Total Receipts for the Period:  $4,200.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $7,730.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Cono Charles Cirone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DAVID A SEMANCHIK ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,475.00 | $1,475.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $890.42 | $0.00 | $890.42 |
| 2 | AMERICAN HONDA FINANCE<br>»»  2018 HONDA ODYSSEY/LEASE ASSUMED (MP) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN HONDA FINANCE<br>»»  2017 HONDA ACCORD/DEF BAL | Unsecured Creditors | $7,208.17 | $0.00 | $7,208.17 |
| 4 | Department Stores National Bank<br>»»  MACYS | Unsecured Creditors | $588.71 | $0.00 | $588.71 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON | Unsecured Creditors | $647.43 | $0.00 | $647.43 |
| 6 | Wells Fargo Bank, NA<br>»»  VALUE CITY | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 7 | Wells Fargo Bank, NA<br>»»  VALUE CITY | Unsecured Creditors | $248.50 | $0.00 | $248.50 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  VS | Unsecured Creditors | $757.35 | $0.00 | $757.35 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  OLD NAVY | Unsecured Creditors | $1,962.76 | $0.00 | $1,962.76 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $1,657.43 | $0.00 | $1,657.43 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  THD | Unsecured Creditors | $6,189.21 | $0.00 | $6,189.21 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY | Unsecured Creditors | $751.42 | $0.00 | $751.42 |

**Chapter 13 Case No. 18-15118 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,509.38 | $0.00 | $3,509.38 |
| 14 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $2,615.35 | $0.00 | $2,615.35 |
| 15 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $2,426.67 | $0.00 | $2,426.67 |
| 16 | TD BANK USA NA | Unsecured Creditors | $1,381.20 | $0.00 | $1,381.20 |
| 17 | HOMEBRIDGE FINANCIAL SERVICES, INC.<br>»» P/133 BRIGANTINE RD/1ST MTG | Mortgage Arrears | $14,182.42 | $3,797.27 | $10,385.15 |
| 18 | AMERICAN HONDA FINANCE<br>»» 2018 ODYSSEY/ORDER 7/16/18 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 19 | AMERICAN HONDA FINANCE<br>»» HONDA ACCORD | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 20 | HOMEBRIDGE FINANCIAL SERVICES, INC.<br>»» 133 BRIGANTINE ROAD/ORDER 10/11/19 | Mortgage Arrears | $12,312.89 | $238.38 | $12,074.51 |
| 21 | HOMEBRIDGE FINANCIAL SERVICES, INC.<br>»» 133 BRIGANTINE ROAD/ORDER 10/11/19 | Mortgage Arrears | $881.00 | $881.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,730.00 | Plan Balance: | $25,490.00 ** |
| Paid to Claims: | $6,922.65 | Current Monthly Payment: | $350.00 |
| Paid to Trustee: | $482.55 | Arrearages: | $320.00 |
| Funds on Hand: | $324.80 | Total Plan Base: | $33,220.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.