UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on July 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-2(c)
**DAVID A. SEMANCHIK, ESQ.**
**1130 Hooper Avenue**
**Toms River, New Jersey 08753**
**(732) 240-4055**
**Attorney for Debtors**
**Attorney ID#03356-1996**

Case No.: 18-15118

Chapter 13

Hearing Date July 22, 2020

Judge Michal B. Kaplan

In Re:

CIRONE, CONO CHARLES and CIRONE, PATRICIA CATHERINE,

Debtors

| | | |
|---|---|---|
| Recommended Local Form | ☑ Followed | ☐ Modified |

# ORDER REINSTATING AUTHOMATIC STAY

The relief set forth on the following page is hereby ORDERED

**DATED: July 23, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of CONO CHARLES CRIONE and PATRICIA CATHERINE CIRONE, and for good cause shown, it is

ORDERED, as follows:

1.    The automatic stay is reinstated against Creditor HomeBridge Financial Services, Inc., concerning the real estate located at 133 Brigantine Road, Manahawkin, New Jersey 08050.

The successful party shall serve this Order on the Creditor, any Trustee and all parties who entered an appearance on this motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Cono Charles Cirone  
Patricia Catherine Cirone  
    Debtors

Case No. 18-15118-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 24, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.
db/jdb      +Cono Charles Cirone,    Patricia Catherine Cirone,    133 Brigantine Road,    Manahawkin, NJ 08050-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo    docs@russotrustee.com
        David A. Semanchik    on behalf of Joint Debtor Patricia Catherine Cirone info@semanchiklaw.com
        David A. Semanchik    on behalf of Debtor Cono Charles Cirone info@semanchiklaw.com
        Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation, administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Kevin Gordon McDonald    on behalf of Creditor   HomeBridge Financial Services Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 8