| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19107<br>Main Phone: 215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>HomeBridge Financial Services, Inc. | |
| In re:<br>Patricia Catherine Cirone<br>Cono Charles Cirone<br><br>Debtors | Case No.: 18-15118<br>Chapter   13<br>Chief Judge Michael B. Kaplan |

Order Filed on August 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 27, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of  HomeBridge Financial Services, Inc.  , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 133 Brigantine Road, Manahawkin NJ 08050**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Secured Creditor shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Cono Charles Cirone  
Patricia Catherine Cirone  
    Debtors

Case No. 18-15118-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 27, 2020  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2020.  
db/jdb      +Cono Charles Cirone,    Patricia Catherine Cirone,    133 Brigantine Road,    Manahawkin, NJ 08050-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:

         Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Albert Russo    docs@russotrustee.com  
         David A. Semanchik    on behalf of Joint Debtor Patricia Catherine Cirone info@semanchiklaw.com  
         David A. Semanchik    on behalf of Debtor Cono Charles Cirone info@semanchiklaw.com  
         Denise E. Carlon    on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor American Honda Finance Corporation, administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor HomeBridge Financial Services Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                      TOTAL: 8