**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cono Charles Cirone** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Patricia Catherine Cirone** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): 18-15118

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Cono Charles Cirone                         X /s/ Patricia Catherine Cirone
**Cono Charles Cirone**                           **Patricia Catherine Cirone**
Signature of Debtor 1                             Signature of Debtor 2

Date  **October 21, 2020**                        Date  **October 21, 2020**