Case 18-15118-MBK    Doc 84    Filed 01/25/21    Entered 01/25/21 16:24:36    Desc Main
Document    Page 1 of 2

FILED
JEANNE A. NAUGHTON, CLERK
JAN 25 2021
U.S. BANKRUPTCY COURT
BY _____ TRENTON, NJ DEPUTY

1/18/2021

To Clerk of the United States Bankruptcy Court and Albert Russo,

My name is Cono Cirone. I am two years into a Chapter 13 Bankruptcy. Case # 18-15118/MBK.

My case is up for dismissal and I believe it should be avoided. We are in process of a modification and using 401K funds to cure an amount of delinquet payments. A portion of these payments were from the months of April – July when my pay was effected by Covid-19. Please do not dismiss case, my family and I live in our home and don't want to have to refile. I apologize

FOR SENDING THIS LETTER SO CLOSE TO THE DATE, BUT MY ATTORNEY FAILED TO SEND THIS WHEN I ASKED. PLEASE CONTACT ME FOR FURTHER PROOF AND PLEASE DON'T DISMISS OUR CHAPTER 13.

Sincerely

Cono Cirone            PATRICIA CIRONE

908 783 3001