Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−15118−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Cono Charles Cirone | Patricia Catherine Cirone |
| 133 Brigantine Road | 133 Brigantine Road |
| Manahawkin, NJ 08050 | Manahawkin, NJ 08050 |

Social Security No.:
   xxx−xx−8201                                                   xxx−xx−0431

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 27, 2021.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 27, 2021
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Cono Charles Cirone  
Patricia Catherine Cirone  
    Debtors

Case No. 18-15118-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2021 | Form ID: 148 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cono Charles Cirone, Patricia Catherine Cirone, 133 Brigantine Road, Manahawkin, NJ 08050-1307 |
| cr | + | American Honda Finance Corporation, administrator, P.O. Box 168088, Irving, TX 75016-8088 |
| 517390065 | + | Advance Radiology Solutions, c/o Michael Harrison, 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 517553351 | + | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517390082 | + | Jersey Shore Anesthesiology, PO Box 307, Neptune, NJ 07754-0307 |
| 517390084 | + | Meridian Medical Group Specialty, PO box 416923, Boston, MA 02241-6923 |
| 517390091 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2021 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2021 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517390066 | | EDI: HNDA.COM | Jan 28 2021 02:08:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517408000 | | EDI: HNDA.COM | Jan 28 2021 02:08:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517390068 | + | EDI: BANKAMER.COM | Jan 28 2021 02:08:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517390070 | + | Email/Text: clientservices@credit-control.com | Jan 27 2021 22:17:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517390075 | + | EDI: CITICORP.COM | Jan 28 2021 02:08:00 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 517390077 | + | EDI: CITICORP.COM | Jan 28 2021 02:08:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517390078 | + | EDI: CITICORP.COM | Jan 28 2021 02:08:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517390079 | + | EDI: WFNNB.COM | Jan 28 2021 02:08:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517463358 | | EDI: CITICORP.COM | Jan 28 2021 02:08:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517984160 | | EDI: Q3G.COM | | |

Case 18-15118-MBK    Doc 86    Filed 01/29/21    Entered 01/30/21 00:19:03    Desc Imaged
                               Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2021 | Form ID: 148 | Total Noticed: 39 |

| | | | |
|---|---|---|---|
| | | Jan 28 2021 02:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517404064 | EDI: DISCOVER.COM | Jan 28 2021 02:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517390080 | + EDI: DISCOVER.COM | Jan 28 2021 02:08:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517390071 | EDI: JPMORGANCHASE | Jan 28 2021 02:08:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517390083 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2021 22:36:54 | LVNV Funding LLC, PO box 740281, Houston, TX 77274-0281 |
| 517545400 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2021 22:36:54 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517475133 | EDI: PRA.COM | Jan 28 2021 02:08:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517531497 | EDI: PRA.COM | Jan 28 2021 02:08:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517531472 | EDI: PRA.COM | Jan 28 2021 02:08:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517522939 | EDI: Q3G.COM | Jan 28 2021 02:08:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517520071 | EDI: Q3G.COM | Jan 28 2021 02:08:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517390085 | + Email/Text: bankruptcy@savit.com | Jan 27 2021 22:18:00 | Savit Coll, Po Box 250, East Brunswick, NJ 08816-0250 |
| 517390086 | + Email/Text: SOMCbankruptcy@hackensackmeridian.org | Jan 27 2021 22:18:00 | Southern Ocean Medical Center, 1140 Rt. 72 West, Manahawkin, NJ 08050-2412 |
| 517393588 | + EDI: RMSC.COM | Jan 28 2021 02:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517390088 | + EDI: RMSC.COM | Jan 28 2021 02:08:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517390089 | + EDI: RMSC.COM | Jan 28 2021 02:08:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517553017 | + Email/Text: bncmail@w-legal.com | Jan 27 2021 22:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517390090 | + EDI: WTRRNBANK.COM | Jan 28 2021 02:08:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517527268 | + EDI: AIS.COM | Jan 28 2021 02:13:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517484828 | EDI: WFFC.COM | Jan 28 2021 02:08:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517390093 | EDI: WFFC.COM | Jan 28 2021 02:08:00 | Wffnatbank, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 32

# BYPASSED RECIPIENTS

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2021 | Form ID: 148 | Total Noticed: 39 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517390069 | | Cap1/bstby |
| 517390081 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, PO Box 65507, Wilmington, DE 19808 |
| 517390067 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517390076 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 517390092 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517390072 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517390073 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517390074 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517390087 | *+ | Southern Ocean Medical Center, 1140 Rt. 72 West, Manahawkin, NJ 08050-2412 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| David A. Semanchik | on behalf of Joint Debtor Patricia Catherine Cirone info@semanchiklaw.com |
| David A. Semanchik | on behalf of Debtor Cono Charles Cirone info@semanchiklaw.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor HomeBridge Financial Services Inc. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8