| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-15118 / MBK**

Cono Charles Cirone  
Patricia Catherine Cirone

Petition Filed Date: 03/16/2018  
341 Hearing Date: 05/03/2018  
Confirmation Date: 09/12/2018

Case Status: **Dismissed After Confirmation on 1/27/2021**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $350.00 | 64918500 | 02/24/2020 | $350.00 | 65748010 | 03/23/2020 | $350.00 | 66562110 |
| 04/16/2020 | $350.00 | 67150220 | 05/20/2020 | $350.00 | 68018420 | 06/22/2020 | $350.00 | 68761740 |
| 07/20/2020 | $350.00 | 69507740 | 08/13/2020 | $350.00 | 70095050 | 09/08/2020 | $350.00 | 70720530 |
| 10/05/2020 | $350.00 | 71368930 | 11/23/2020 | $350.00 | 72497750 | 12/09/2020 | $350.00 | 72956770 |
| 01/22/2021 | $350.00 | 73931430 | | | | | | |

**Total Receipts for the Period: $4,550.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,930.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Cono Charles Cirone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DAVID A SEMANCHIK ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $1,475.00 | $1,475.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $890.42 | $0.00 | $890.42 |
| 2 | AMERICAN HONDA FINANCE<br>»» 2018 HONDA ODYSSEY/LEASE DEFICIENCY | Unsecured Creditors | $10,916.50 | $0.00 | $10,916.50 |
| 3 | AMERICAN HONDA FINANCE<br>»» 2017 HONDA ACCORD/DEF BAL | Unsecured Creditors | $7,208.17 | $0.00 | $7,208.17 |
| 4 | Department Stores National Bank<br>»» MACYS | Unsecured Creditors | $588.71 | $0.00 | $588.71 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON | Unsecured Creditors | $647.43 | $0.00 | $647.43 |
| 6 | Wells Fargo Bank, NA<br>»» VALUE CITY | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 7 | Wells Fargo Bank, NA<br>»» VALUE CITY | Unsecured Creditors | $248.50 | $0.00 | $248.50 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» VS | Unsecured Creditors | $757.35 | $0.00 | $757.35 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OLD NAVY | Unsecured Creditors | $1,962.76 | $0.00 | $1,962.76 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $1,657.43 | $0.00 | $1,657.43 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THD | Unsecured Creditors | $6,189.21 | $0.00 | $6,189.21 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $751.42 | $0.00 | $751.42 |

**Chapter 13 Case No. 18-15118 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,509.38 | $0.00 | $3,509.38 |
| 14 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $2,615.35 | $0.00 | $2,615.35 |
| 15 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $2,426.67 | $0.00 | $2,426.67 |
| 16 | TD BANK USA NA | Unsecured Creditors | $1,381.20 | $0.00 | $1,381.20 |
| 17 | HOMEBRIDGE FINANCIAL SERVICES, INC.<br>»» P/133 BRIGANTINE RD/1ST MTG/SV 8/27/20 | Mortgage Arrears<br>No Disbursements: Stay Vacated | $14,182.42 | $4,684.76 | $9,497.66 |
| 18 | AMERICAN HONDA FINANCE<br>»» 2018 ODYSSEY/ORDER 7/16/18/SV 9/10/20 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 19 | AMERICAN HONDA FINANCE<br>»» HONDA ACCORD | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 20 | HOMEBRIDGE FINANCIAL SERVICES, INC.<br>»» 133 BRIGANTINE ROAD/ORDER 10/11/19/SV 8/27/20 | Mortgage Arrears<br>No Disbursements: Stay Vacated | $12,312.89 | $1,270.29 | $11,042.60 |
| 21 | HOMEBRIDGE FINANCIAL SERVICES, INC.<br>»» 133 BRIGANTINE ROAD/ORDER 10/11/19/SV 8/27/20 | Mortgage Arrears | $881.00 | $881.00 | $0.00 |

**SUMMARY**

**Your case was Dismissed After Confirmation on 01/27/2021.**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | |
|---|---|
| Total Receipts: | $11,930.00 |
| Paid to Claims: | $8,842.05 |
| Paid to Trustee: | $828.35 |
| Funds on Hand: | $2,259.60 |